**FERNALD LAW GROUP LLP**
BRANDON C. FERNALD (SBN 10582)
brandon.fernald@fernaldlawgroup.com
6236 Laredo Street
Las Vegas, Nevada 89146
Tel:  702.410.7500
Fax: 702.410.7520

Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.,
Erroneously Named As "Capital One"

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| SUZANNE L. WALSH,<br><br>           Plaintiff,<br><br>v.<br><br>CAPITAL ONE, MORTGAGE SERVICE CENTER, SPECIALIZED LOAN SERVICING, LLC, ROUNDPOINT MORTGAGE, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendants. | Case No.<br><br>**DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA UNDER 28 U.S.C. § 1441(a), 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>[*Filed concurrently with Civil Cover Sheet*]<br><br>[Eighth Judicial District Court Case No.: A-15-722749-C]<br><br>Complaint Filed:   August 6, 2015<br>Trial Date:             TBA |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:**

**PLEASE TAKE NOTICE THAT** Defendant Capital One Bank (USA), N.A., sued erroneously as Capital One ("Capital One"), hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. § 1441(a) and 28 U.S.C. § 133, and removes this action from state court to federal court pursuant to 28 U.S.C. § 1446(b).

**A.  JURISDICTION**

1. Capital One specifically alleges that this Court has federal question jurisdiction over this action pursuant to 28 U.S.C. §§ 1441(a) and § 1331 because Plaintiff Suzanne L. Walsh ("Plaintiff") alleges a cause of action arising under the federal Fair Credit Reporting Act ("FCRA"), codified at 15 U.S.C. §§ 1681 *et seq*.

**B.  STATEMENT OF THE CASE**

2. On August 6, 2015, Plaintiff filed a Complaint in the Eighth Judicial District Court of the State of Nevada for the County of Clark, designated as Case Number A-15-722749-C (the "Action").  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders received by Capital One in this case are attached hereto as *Exhibit A*.

3. Plaintiff asserts one (1) cause of action for violation of the Fair Credit Reporting Act 15 U.S.C. § 1681 *et seq.* (FCRA) in her Complaint against Capital One.

**C.  BASIS FOR REMOVAL**

4. This Court has jurisdiction over this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441(a) because Plaintiff alleges claims arising under the FCRA, which is a law of the United States.

5. Specifically, for example, Plaintiff's Complaint alleges that she disputed information being reported on her Experian credit report related to a Capital One credit card account, and that Capital One "failed to conduct an investigation with

1

DEFENDANT CAPITAL ONE BANK (USA), N.A.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA UNDER 28 U.S.C. § 1441(A) AND 28 U.S.C. §1331 (FEDERAL QUESTION)

respect to the disputed information as required by 15 U.SC. § 1681s-2(b)(1)(A)"; "failed to review all relevant information provided by Plaintiff in the dispute to Experian, as required by and in violation of 15 U.SC. § 1681s-2(b)(1)(B)"; and "failed to correct and update Plaintiff's information as required by 15 U.S.C. § 1681s-2(b)(1)(E), thereby causing continued reporting of inaccurate information in violation of 15 U.S.C. § 1681-s(2)(b)(1)(C)." *See* Ex. A, Complaint, ¶¶ 36-38. Therefore, adjudication of Plaintiff's Complaint requires an analysis and construction of federal law. Thus, this Action is one which may be removed to this Court by Capital One pursuant to 28 U.S.C. § 1441(a) and § 1331 because this Court would have had original jurisdiction founded on Plaintiff's claim arising under the FCRA.

### D. ALL PROCEDURAL REQUIREMENTS FOR REMOVAL HAVE BEEN SATISFIED.

6. Removal of this action is timely. Capital One was served with the Complaint in this Action on November 19, 2015. Therefore, this Notice of Removal is "filed within thirty [30] days after receipt by the defendant . . . of a copy of [Plaintiff's Summons and Complaint]" in accordance with the time period mandated by 28 U.S.C. §1446(b).

7. Capital One cannot determine from the court's register of actions for the Action which defendants have been served. Attached hereto as *Exhibit B* is a true and correct copy of the register of actions for the Action, which was printed from the Court's website on December 9, 2015. Capital One obtained the consent of co-defendants Specialized Loan Servicing, Roundpoint Mortgage, and Experian Information Solutions, Inc., with each defendant reserving any rights it may have with respect to disputing personal jurisdiction and/or service. Although (based on the Court's register of actions) Capital One does not know whether co-defendant Mortgage Service Center has been served, counsel for Capital One attempted, but has been unable, to locate co-defendant Mortgage Service Center. There is no entry for

1  this entity on the Nevada Business Search on the Nevada Secretary of State's website,
2  and a search of PACER turns up no results for it in any federal court proceedings.
3        8.    Venue lies in the United States District Court for the District of Nevada
4  in Las Vegas pursuant to 28 U.S.C. §1446(a) because the Action was filed in this
5  District.
6        9.    As stated above, pursuant to 28 U.S.C. § 1446(a), true and correct copies
7  of all process, pleadings and orders received by Capital One in the Action are
8  attached hereto as *Exhibit A*.
9        10.   Written notice of the filing of this Notice of Removal will be promptly
10 served upon Plaintiff.  Capital One will also promptly file a copy of this Notice with
11 the Clerk of the Eighth Judicial District Court of Nevada, County of Clark.

        **WHEREFORE** Capital One prays that the above Action now pending against it in the Eighth Judicial District Court of the State of Nevada, County of Clark, be removed therefrom to this Court.

DATED:  December 9, 2015              FERNALD LAW GROUP LLP


                                      By: /S/ Brandon C. Fernald
                                          BRANDON C. FERNALD
                                      Attorneys for Defendant,
                                      CAPITAL ONE BANK (USA),
                                      N.A., Erroneously Named As
                                      "Capital One"